## M.J. DALY & SONS, INC. *v.* CITY OF WEST HAVEN

The defendant's petition for certification for appeal from the Appellate Court, 66 Conn. App. 41 (AC 20542), is denied.

*William J. Egan* and *Barbara E. Crowley*, in support of the petition.

*John B. Farley* and *Robert M. Barrack*, in opposition.

Decided November 27, 2001

## PATRICIA GARRISON *v.* PLANNING BOARD OF THE CITY OF STAMFORD ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 66 Conn. App. 317 (AC 20900), is denied.

*James V. Minor*, assistant corporation counsel, in support of the petition.

*Brenden P. Leydon*, in opposition.

Decided November 27, 2001